# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: United States Brown, et al. VS. _____ FOR _____ Chicago, IL

**FILED** JUL 8 2008 — July 8, 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): **Carolyn Thompson**

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony  ☐ Misdemeanor
**18 USC Sections 1343 & 2**

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

LOCATION NUMBER: **ILNCC**

DOCKET NUMBERS
- Magistrate:
- District Court: **08 CR 452-8**
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed — Temporary Agency
- Name and address of employer: Express Personnel, Eldorado Road, Bloomington, IL
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $9.50/hr
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $200-/mo Child support for our daughter.

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $200-

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $15,000 — DESCRIPTION: 2003 Acura TL

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 3

Declared bankruptcy March 22, 2008

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Car Loan | $18,000 - | $423 - |
| Student Loans | $60,000 - | $300 - |
| Rent | $ | $600 - |
| Food, necessities | $ | $300 - |
| Utilities | | $200 - |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Carolyn S. Woods-Thompson   6/24/08